No. 4227

Second Circuit

(Second Division)

WEST MONROE HARDWARE & FURNITURE CO., INC., v. MUNHOLLAND

(December 9, 1931. Opinion and Decree.)

Oliver & Digby, of Monroe, attorneys for plaintiff, appellee.

Munholland & Munholland, of Monroe, attorneys for defendant, appellant.

STEPHENS, J. The plaintiff sues for $206.91 and legal interest thereon from judicial demand, alleged to be the balance due on an open account.

The defendant filed an answer admitting a liability on the account sued on of $114.25, and tendered therewith and deposited in the registry of the court the sum of $120, which included accrued costs.

Judgment was rendered in favor of plaintiff in the lower court in the sum of $205.41, and the defendant has appealed.

The plaintiff and appellee has moved to dismiss the appeal for the reason that this court is without jurisdiction of the amount involved.

As the amount in dispute is clearly less than $100 exclusive of interest the motion is sustained and the appeal dismissed.